**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LISMAN MISAEL DE LEON GIRON, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**ZEYTUNA, INC., et al.,**<br><br>**Defendants.** | **Case No. 20-cv-1977 (GMH)** |

## ORDER LIFTING STAY PURSUANT TO 11 U.S.C. § 362(a)

On May 28, 2021, Defendant Zeytuna, Inc. filed a Suggestion of Bankruptcy, advising the Court that it filed for Chapter 7 bankruptcy on May 28, 2021. *See* ECF No. 28. Then-Defendant Mohamed Hyali also filed a Suggestion of Bankruptcy on April 14, 2021. *See* ECF No. 22. The Court therefore stayed the cases against both Defendants pursuant to 11 U.S.C. § 362(a). *See* Minute Order dated June 1, 2021.

On October 11, 2021, Plaintiffs filed a status report in which they indicated that both Defendants had received discharges in their bankruptcy proceedings, which had by that point been closed. *See* ECF No. 30 at 1; Final Decree, *In re Hyali*, No. 21-12451 (Bankr. D. Md. Aug. 11, 2021); Final Decree, *In re Zeytuna, Inc.*, No. 21-13607 (Bankr. D. Md. July 13, 2021). At that time, Plaintiffs requested that the case remain stayed pending dismissal of the claims against the Defendants. *See id.* Four days later, on October 15, 2021, Plaintiffs filed another status report, this time requesting that the stay be lifted against Defendant Zeytuna, Inc., which did not, in fact, receive a discharge in its bankruptcy proceeding. *See* ECF No. 31 at 1–2. Plaintiffs then moved to dismiss the claims against Defendant Hyali without prejudice. *See generally* ECF No. 32.

The Court held a status hearing on November 15, 2021. Following that hearing, the Court granted Plaintiffs' motion to dismiss the claims against Defendant Hyali without prejudice and set a briefing schedule for Plaintiffs' contemplated motion to amend their complaint to name a successor entity to Defendant Zeytuna, Inc. *See* ECF No. 35; ECF No. 36. That motion was filed on November 29, 2021, and motion practice will unfold per the Court's Scheduling Order. *See generally* ECF No. 37.

Thus, with the bankruptcy proceedings against Defendant Zeytuna, Inc. having been closed and the motion practice in this case restarted, it is hereby

**ORDERED** that the stay entered on June 1, 2021 pursuant to 11 U.S.C. § 362(a) is **LIFTED**.

**SO ORDERED.**

Date:  December 6, 2021

_____
G. Michael Harvey
United States Magistrate Judge